Rabben *v.* Steinberg, Appellant.

Argued March 22, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (MONTGOMERY, J., absent).

*Morris Chernock,* for appellant.

*J. Leon Rabben,* with him *I. Irving Tubis,* and *Tubis and Rabben,* for appellee.

OPINION PER CURIAM, April 13, 1960:
The order of the court below is affirmed on the opinion of Judge BOYLE, of the Municipal Court of Philadelphia, as reported in 20 Pa. D. & C. 2d 283.